# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY SCHWARTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OPUS BANK, STEPHEN H. GORDON, and MICHAEL L. ALLISON,<br><br>Defendants. | Civil No. 2:16-cv-07991<br><br>**[PROPOSED] ORDER ON STIPULATION TO STAY CERTAIN PROCEEDINGS** |

Having reviewed the Parties' Stipulation to Stay Certain Proceedings, the Court herby orders:

1. Proceedings in this case other than those related to preliminary and final approval of settlement are hereby stayed.

2. Lead Plaintiff will file – subject to the satisfaction of all conditions precedent – a motion for preliminary approval of settlement, together with the Parties' stipulation of settlement, by January 31, 2018.

//
//
//

1
[PROPOSED] ORDER

3. The Motion to Dismiss (Dkt. No. 57) scheduled for hearing on December 1, 2017 is hereby denied as moot, subject to refiling.

IT IS SO ORDERED.

This 20th day of November 2017.



_____
THE HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE