**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
Lesley F. Portnoy (#304851)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (301) 432-1495
Email: lglancy@glancylaw.com
rprongay@glancylaw.com
lportnoy@glancylaw.com

*Liaison Counsel for Lead Plaintiff and the Class*
[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY SCHWARTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OPUS BANK, STEPHEN H. GORDON, and MICHAEL L. ALLISON,<br><br>Defendants. | Civil No. 2:16-cv-07991-AB-JPR<br><br>**LEAD PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR (I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; (II) PRELIMINARY CERTIFICATION OF A SETTLEMENT CLASS; (III) APPROVAL OF FORM AND MANNER OF NOTICE; AND (IV) SETTING OF DATE FOR FINAL APPROVAL HEARING**<br><br>DATE: March 2, 2018<br>TIME: 10:00 AM<br>CTRM: Courtroom No. 7B<br>JUDGE: Hon. André Birotte Jr. |

1  Lead Plaintiff Arkansas Public Employees Retirement System ("Lead Plaintiff"), upon the accompanying memorandum in support and Stipulation of Settlement, with exhibits, hereby moves this Court for an Order: (i) preliminarily approving the proposed Settlement of this proposed class action; (ii) preliminarily certifying a Settlement Class; (iii) approving the form and manner of notice; and (iv) setting a date for a Final Approval Hearing regarding the Settlement.

Before filing this motion, Lead Plaintiff conferred with Defendants with respect to this motion. Defendants have authorized Lead Plaintiff to represent that Defendants do not oppose this motion.

Dated: January 30, 2018                    Respectfully submitted,

*/s/ Robert V. Prongay*
**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
Lesley F. Portnoy (#304851)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (301) 432-1495
Email: lglancy@glancylaw.com
rprongay@glancylaw.com
lportnoy@glancylaw.com

*Liaison Counsel for Lead Plaintiff Arkansas Public Employees Retirement System*


**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll
Daniel S. Sommers
S. Douglas Bunch
Elizabeth Aniskevich
Eric S. Berelovich
1100 New York Ave. N.W.
Suite 500, East Tower

| | |
|---|---|
| 1 | Washington, D.C. 20005 |
| 2 | Telephone: (202) 408-4600 |
|   | Facsimile: (202) 408-4699 |
| 3 | Email: stoll@cohenmilstein.com |
| 4 | dsommers@cohenmilstein.com |
|   | dbunch@cohenmilstein.com |
| 5 | eaniskevich@cohenmilstein.com |
| 6 | eberelovich@cohenmilstein.com |
| 7 | *Lead Counsel for Lead Plaintiff* |

**PROOF OF SERVICE BY ELECTRONIC POSTING**

1. I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On January 30, 2018, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 30, 2018, at Los Angeles, California.

*s/ Robert V. Prongay*
Robert V. Prongay

## Mailing Information for a Case 2:16-cv-07991-AB-JPR Nancy Schwartz v. Opus Bank et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Elizabeth A Aniskevich**
  eaniskevich@cohenmilstein.com

- **Stephen Douglas Bunch**
  dbunch@cohenmilstein.com,efilings@cohenmilstein.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Eric A Kuwana**
  eric.kuwana@kattenlaw.com,kelsey.matusak@kattenlaw.com,caitlin.munley@kattenlaw.com

- **Charles Henry Linehan**
  clinehan@glancylaw.com

- **Michael J Lohnes**
  michael.lohnes@kattenlaw.com,rosie.gradilla@kattenlaw.com,kelsey.matusak@kattenlaw.com,ecfdocket@kattenlaw.com

- **Caitlin B Munley**
  caitlin.munley@kattenlaw.com

- **Howard A Pollak**
  hpollak@cohonpollak.com

- **Lesley F Portnoy**
  LPortnoy@glancylaw.com,eaniskevich@cohenmilstein.com,jreiser@cohenmilstein.com,SToll@cohenmilstein.com,RBleiweis@cohenmilstein.com,efilings@cohenmilstein.com,dsommers@cohenmilstein.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,CLinehan@glancylaw.com,info@glancylaw.com,echang@glancylaw.com,bmurray@glancylaw.com

- **Daniel S Sommers**
  dsommers@cohenmilstein.com,efilings@cohenmilstein.com

- **Samantha Swietlikowski**
  samantha.swietlikowski@kattenlaw.com

- **Steven J Toll**
  stoll@cohenmilstein.com

- **Bruce G Vanyo**
  bruce@kattenlaw.com,kelsey.matusak@kattenlaw.com,caitlin.munley@kattenlaw.com,ecf.lax.docket@kattenlaw.com

- **Eric T Werlinger**
  eric.werlinger@kattenlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)