

**FILED**
CLERK, U.S. DISTRICT COURT

2/26/2018

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Katten**
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY SCHWARTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     v.<br><br>OPUS BANK, STEPHEN H. GORDON, and MICHAEL L. ALLISON,<br>          Defendants. | Case No. 2:16-cv-07991-AB-JPR<br><br>**ORDER ON STIPULATION TO WAIVE ORAL ARGUMENT AND STRIKE HEARING ON THE UNOPPOSED MOTION OR, IN THE ALTERNATIVE, TO CONTINUE HEARING TO MARCH 9, 2018** |

1    Upon consideration of the Parties' Stipulation to Waive Oral Argument and

2   Strike Hearing on the Unopposed Motion or, in the Alternative, to Continue

3   Hearing to March 9, 2018, it is hereby **ORDERED** that:

4        1.    The hearing previously set for March 2, 2018 on Plaintiff's

5   Unopposed Motion for (I) Preliminary Approval of Class Action Settlement; (II)

6   Preliminary Certification of a Settlement Class; (III) Approval of Form and

7   Manner of Notice; and (IV) Setting of Date for Final Approval Hearing, is now

8   scheduled for March 9, 2018, at 10:00 AM in Courtroom 7B.

9

10

11

12  Dated: February 26, 2018

13                                              Honorable André Birotte Jr.
                                                United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

[PROPOSED] ORDER ON STIPULATION TO WAIVE ORAL ARGUMENT OR TO CONTINUE
HEARING ON UNOPPOSED MOTION