**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
Lesley F. Portnoy (#304851)
Telephone: (310) 201-9150
Facsimile: (310) 432-1495
Email: lglancy@glancylaw.com
rprongay@glancylaw.com
lportnoy@glancylaw.com
*Liaison Counsel for Lead Plaintiff and the Class*
[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY SCHWARTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OPUS BANK, STEPHEN H. GORDON, and MICHAEL L. ALLISON,<br><br>Defendants. | Civil No. 2:16-cv-07991-AB-JPR<br><br>**LEAD PLAINTIFF'S COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**<br><br>DATE: July 20, 2018<br>TIME: 10:00 AM<br>CTRM: Courtroom No. 7B<br>JUDGE: Hon. André Birotte Jr. |

On July 20, 2018 at 10:00 a.m., or as soon thereafter as counsel may be heard, at the First Street Federal Courthouse, 350 W. 1st Street, Suite 4311, Los Angeles, California 90012, before the Honorable André Birotte Jr., United States District Judge, Lead Plaintiff's Counsel will respectfully move, pursuant to Federal Rule of Civil Procedure 23(h), for entry of the [Proposed] Order on Lead Plaintiff's Counsel's Motion for an Award of Attorneys' Fees and Expenses, awarding attorneys' fees and providing reimbursement for litigation expenses. This motion is based on the accompanying Memorandum of Points and Authorities in Support of Lead Plaintiff's Counsel's Motion for an Award of Attorneys' Fees and Expenses as well as the Declaration of Daniel S. Sommers in support thereof with attached exhibits.

Dated: June 15, 2018

Respectfully submitted,

*Robert V. Prongay*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
Lesley F. Portnoy (#304851)
Telephone: (310) 201-9150
Facsimile: (301) 432-1495
Email: lglancy@glancylaw.com
rprongay@glancylaw.com
lportnoy@glancylaw.com

*Liaison Counsel for Lead Plaintiff Arkansas Public Employees Retirement System*

1

| | |
|---|---|
| 1 | **COHEN MILSTEIN SELLERS & TOLL PLLC** |
| 2 | Steven J. Toll |
| 3 | Daniel S. Sommers |
| 4 | S. Douglas Bunch |
|   | Elizabeth Aniskevich |
| 5 | 1100 New York Avenue, N.W. |
|   | Suite 500 |
| 6 | Washington, DC 20005-3964 |
| 7 | Telephone: (202) 408-4600 |
|   | Facsimile: (202) 408-4699 |
| 8 | Email: stoll@cohenmilstein.com |
| 9 | dsommers@cohenmilstein.com |
| 10 | dbunch@cohenmilstein.com |
|    | eaniskevich@cohenmilstein.com |

*Lead Counsel for Lead Plaintiff Arkansas Public Employees Retirement System*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On June 15, 2018, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 15, 2018, at Los Angeles, California.

*s/ Robert V. Prongay*
Robert V. Prongay

## Mailing Information for a Case 2:16-cv-07991-AB-JPR Nancy Schwartz v. Opus Bank et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Elizabeth A Aniskevich**
  eaniskevich@cohenmilstein.com,eberelovich@cohenmilstein.com

- **Stephen Douglas Bunch**
  dbunch@cohenmilstein.com,efilings@cohenmilstein.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Eric A Kuwana**
  ekuwana@cooley.com,calendardepartment@cooley.com,hector-gonzalez-3380@ecf.pacerpro.com

- **Charles Henry Linehan**
  clinehan@glancylaw.com

- **Michael J Lohnes**
  michael.lohnes@kattenlaw.com,rosie.gradilla@kattenlaw.com,ecfdocket@kattenlaw.com

- **Alexandra Rex Mayhugh**
  amayhugh@cooley.com,calendardepartment@cooley.com,hector-gonzalez-3380@ecf.pacerpro.com,sbyrd@cooley.com

- **Caitlin B Munley**
  cmunley@cooley.com,calendardepartment@cooley.com,hector-gonzalez-3380@ecf.pacerpro.com

- **Howard A Pollak**
  hpollak@cohonpollak.com

- **Lesley F Portnoy**
  LPortnoy@glancylaw.com,eaniskevich@cohenmilstein.com,jreiser@cohenmilstein.com,SToll@cohenmilstein.com,RBleiweis@cohenmilstein.com,efilings@cohenmilstein.com,dsommers@cohenmilstein.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,CLinehan@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com

- **Daniel S Sommers**
  dsommers@cohenmilstein.com,efilings@cohenmilstein.com

- **Samantha A Strauss**
  sastrauss@cooley.com,calendardepartment@cooley.com,hector-gonzalez-3380@ecf.pacerpro.com

- **Steven J Toll**
  stoll@cohenmilstein.com

- **Bruce G Vanyo**
  bruce@kattenlaw.com,ecf.lax.docket@kattenlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)