# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY SCHWARTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OPUS BANK, STEPHEN H. GORDON, and MICHAEL L. ALLISON,<br><br>Defendants. | Civil No. 2:16-cv-07991-AB-JPR<br><br>**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S AMENDED UNOPPOSED MOTION FOR APPROVAL OF SUPPLEMENTAL NOTICE OF PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT**<br><br>DATE: September 21, 2018<br>TIME: 10:00 AM<br>CTRM: Courtroom No. 7B<br>JUDGE: Hon. André Birotte Jr. |

WHEREAS, on August 7, 2018, the Court issued an order instructing Lead Plaintiff to prepare a Supplemental Notice of Pendency of Class Action and Proposed Settlement (the "Supplemental Notice") to the Class to clarify the exclusion of "officers and directors of Opus during the Class Period" from the Class; and

WHEREAS, on August 20, 2018, Lead Plaintiff filed an amended unopposed motion for approval of its proposed Supplemental Notice;

1

2377828 v1

THEREFORE, IT IS HEREBY ORDERED:

1. Lead Plaintiff's Supplemental Notice is hereby approved as to form and substance and the Claims Administrator is directed to cause a copy of the Supplemental Notice, substantially in the form filed by Lead Counsel, to be mailed by first-class mail, postage pre-paid, to all members of the Class to whom Notices were previously mailed.

2. The deadline for Class Members to file Proof of Claim Forms is hereby extended to 60 days from the date of entry of this Order.

3. A Final Approval Hearing is scheduled for November 2, 2018, at 10:00 a.m.

4. The deadline for Lead Plaintiff to file papers in support of final approval of the Settlement, and for Lead Counsel to file papers in support of its request for attorneys' fees and Litigation Expenses (the "Fee Request"), is 21 days before the Final Approval Hearing.

5. The deadline for Class Members to object to the Settlement, Plan of Allocation, or Fee Request is 14 days before the Final Approval Hearing.

6. The deadline for Class Members to request exclusion from the Class is 14 days before the Final Approval Hearing.

7. The deadline for Lead Plaintiff to file reply papers in support of final approval of the Settlement, and for Lead Counsel to file reply papers in support of its Fee Request, is 7 days before the Final Approval Hearing.

8. Capitalized terms not defined in this Order shall have the same definitions as set forth in the parties' Stipulation and Agreement of Settlement dated December 22, 2017 (Dkt. No. 85-1).

DATED: August 23, 2018

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

2377828 v1