**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
Lesley F. Portnoy (#304851)
Telephone: (310) 201-9150
Facsimile: (310) 432-1495
Email: lglancy@glancylaw.com
rprongay@glancylaw.com
lportnoy@glancylaw.com
*Liaison Counsel for Lead Plaintiff and the Class*
[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY SCHWARTZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OPUS BANK, STEPHEN H. GORDON, and MICHAEL L. ALLISON,<br><br>Defendants. | Civil No. 2:16-cv-07991-AB-JPR<br><br>**LEAD PLAINTIFF'S RENEWED MOTION FOR (1) FINAL APPROVAL OF CLASS ACTION SETTLEMENT; AND (2) APPROVAL OF THE PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS**<br><br>DATE: November 2, 2018<br>TIME: 10:00 AM<br>CTRM: Courtroom No. 7B<br>JUDGE: Hon. André Birotte Jr. |

On November 2, 2018 at 10:00 a.m., or as soon thereafter as counsel may be heard, at the First Street Federal Courthouse, 350 W. 1st Street, Suite 4311, Los Angeles, California 90012, before the Honorable André Birotte Jr., United States District Judge, Lead Plaintiff Arkansas Public Employees Retirement System will respectfully move, pursuant to Federal Rule of Civil Procedure 23(e), for entry of the [Proposed] Order and Final Judgment (filed herewith) approving the proposed Settlement and approving the Plan of Allocation.  This motion is based on the accompanying Memorandum of Points and Authorities in Support of Renewed Motion for (1) Final Approval of Class Action Settlement; and (2) Approval of the Plan of Allocation of Settlement Proceeds as well as the Declaration of Daniel S. Sommers in Support of Lead Plaintiff's Renewed Motion for (1) Final Approval of Class Action Settlement and (2) Approval of the Plan of Allocation of Settlement Proceeds; and Lead Plaintiff's Counsel's Renewed Motion for an Award of Attorneys' Fees and Expenses, with attached exhibits.

Dated: October 12, 2018

Respectfully submitted,

*Robert V. Prongay*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
Lesley F. Portnoy (#304851)
Telephone: (310) 201-9150
Facsimile: (301) 432-1495
Email: lglancy@glancylaw.com
rprongay@glancylaw.com
lportnoy@glancylaw.com

*Liaison Counsel for Lead Plaintiff*

| | |
|---|---|
| 1 | *Arkansas Public Employees Retirement System* |
| 2 | |
| 3 | **COHEN MILSTEIN SELLERS & TOLL PLLC** |
| 4 | Steven J. Toll |
| 5 | Daniel S. Sommers |
| 6 | S. Douglas Bunch |
| 7 | Eric S. Berelovich |
| 8 | 1100 New York Avenue, N.W. Suite 500 |
| 9 | Washington, DC 20005-3964 |
| 10 | Telephone: (202) 408-4600 |
| 11 | Facsimile: (202) 408-4699 |
| 12 | Email: stoll@cohenmilstein.com |
| 13 | dsommers@cohenmilstein.com dbunch@cohenmilstein.com eberelovich@cohenmilstein.com |
| 14 | *Lead Counsel for Lead Plaintiff Arkansas Public Employees Retirement System* |

2

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On October 12, 2018, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 12, 2018, at Los Angeles, California.

*s/ Robert V. Prongay*
Robert V. Prongay

# Mailing Information for a Case 2:16-cv-07991-AB-JPR Nancy Schwartz v. Opus Bank et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Stephen Douglas Bunch**
  dbunch@cohenmilstein.com,efilings@cohenmilstein.com

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com,info@glancylaw.com

- **Eric A Kuwana**
  ekuwana@cooley.com,kmatusak@cooley.com,efiling-notice@ecf.pacerpro.com,azi-sakizadeh-4507@ecf.pacerpro.com,hector-gonzalez-3380@ecf.pacerpro.com,Kelsey-matusak-1618@ecf.pacerpro.com

- **Charles Henry Linehan**
  clinehan@glancylaw.com,charles-linehan-8383@ecf.pacerpro.com

- **Michael J Lohnes**
  michael.lohnes@kattenlaw.com,rosie.gradilla@kattenlaw.com,ecfdocket@kattenlaw.com

- **Alexandra Rex Mayhugh**
  amayhugh@cooley.com,efiling-notice@ecf.pacerpro.com,hector-gonzalez-3380@ecf.pacerpro.com,sbyrd@cooley.com

- **Caitlin B Munley**
  cmunley@cooley.com,efiling-notice@ecf.pacerpro.com,hector-gonzalez-3380@ecf.pacerpro.com

- **Howard A Pollak**
  hpollak@cohonpollak.com

- **Lesley F Portnoy**
  LPortnoy@glancylaw.com,SToll@cohenmilstein.com,RBleiweis@cohenmilstein.com,lesley-portnoy-3007@ecf.pacerpro.com,dsommers@cohenmilstein.com,eaniskevich@cohenmilstein.com,jreiser@cohenmilstein.com,efilings@cohenmilstein.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,CLinehan@glancylaw.com,info@glancylaw.com,robert-prongay-0232@ecf.pacerpro.com

- **Daniel S Sommers**
  dsommers@cohenmilstein.com,efilings@cohenmilstein.com

- **Samantha A Strauss**
  sastrauss@cooley.com,efiling-notice@ecf.pacerpro.com,hector-gonzalez-3380@ecf.pacerpro.com

- **Steven J Toll**
  stoll@cohenmilstein.com

- **Bruce G Vanyo**
  bruce@kattenlaw.com,ecf.lax.docket@kattenlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`